L. P. STREAN LABORATORIES, INC., Respondent, v. FREDERICK A. KLENK, Doing Business under the Name of EXCEL PHARMACAL Co., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer the complaint within ten days after service of the order,

with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.